tioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 200. MAHNICH *v.* SOUTHERN STEAMSHIP Co. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Abraham E. Freedman* for petitioner. *Mr. Joseph W. Henderson* for respondent.

No. 215. BILLINGS *v.* TRUESDELL, MAJOR GENERAL, U. S. A. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Lee Bond* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 217. ADDISON ET AL. *v.* HOLLY HILL FRUIT PRODUCTS, INC. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. George Palmer Garrett* for petitioners. *Messrs. C. O. Andrews* and *G. L. Reeves* for respondent. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* filed a memorandum on behalf of the Administrator of the Wage and Hour Division, U. S. Dept. of Labor, as *amicus curiae,* in support of the petition.

No. 226. POLISH NATIONAL ALLIANCE OF THE UNITED STATES OF NORTH AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit